VIRGINIA: IN THE CIRCUIT COURT OF ROCKINGHAM COUNTY

ASHLEY ADAMS

v.

ROCKINGHAM COUNTY

STATE COURT CASE NO. CL20-4622
USDC CASE NO. 5:21-cv-00006

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 27 2021

JULIA C. DUDLEY, CLERK
DEPUTY CLERK

### ORDER

IT APPEARING TO THE COURT that this case has been removed from this Court to the United States District Court for the Western District of Virginia at Harrisonburg, Virginia; and

AND IT FURTHER APPEARING TO THE COURT by Order of the United States District Court of the Western District of Virginia, Harrisonburg Division, dated January 21, 2021, the United States District Court requests that the original case file in this Court be forwarded to the Clerk of said Court;

It is ORDERED that the file for this case be sent to the United States District Court for the Western District of Virginia in accordance with its request and that this case be dismissed without prejudice.

Entered this 26th day of January, 2021.

Thomas J. Wilson, IV, Judge

I CERTIFY THAT THE DOCUMENT TO WHICH THIS AUTHENTICATION IS AFFIXED IS A TRUE COPY OF A RECORD IN THE ROCKINGHAM COUNTY CIRCUIT COURT CLERK'S OFFICE AND THAT I AM THE CUSTODIAN OF THAT RECORD.

1/26/2021
DATE        CLERK/DEPUTY CLERK