# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**FILED IN THE CLERK'S OFFICE**
**ROCKINGHAM COUNTY, VA**

**JAN 26 2021**

_____ DEPUTY CLERK

| | |
|---|---|
| Ashley Adams, | ) |
| | ) |
| Plaintiff(s), | ) Case No. 5:21-cv-00006 |
| | ) State Court No. CL20-4622 |
| v. | ) |
| | ) **O R D E R** |
| Rockingham County, | ) |
| | ) |
| Defendant(s). | ) |

This case was recently removed from the Circuit Court for Rockingham County to the United States District Court for the Western District of Virginia at Harrisonburg. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 116 N. Main Street, Room 314, Harrisonburg, VA 22802, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Rockingham County at 80 Court Square Harrisonburg, VA 22802.

ENTERED: January 21, 2021

*/s/ Thomas T. Cullen*
United States District Judge