UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisburg Division

ASHLEY ADAMS,

    *Plaintiff,*

v.

ROCKINGHAM COUNTY,

    *Defendant*.

Case No.:    5:21-cv-00006-TTC

## PLAINTIFF'S OPPOSTION TO DEFENDANT ROCKINGHAM COUNTY'S MOTION TO DISMISS

Plaintiff, Ashley Adams, by and through her counsel of record, hereby submits this Opposition and supporting Memorandum of Points and Authorities to Defendant's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss ("Motion").

For the reasons set forth in Ms. Adams' supporting Memorandum of Points and Authorities, Plaintiff respectfully requests the Court deny Defendant's Motion in its entirety and grant Ms. Adams such other relief as the Court deems just and appropriate.

Respectfully Submitted,

/s/ *Joanne Dekker*
Joanne Dekker
Virginia State Bar No. 29941
The Spiggle Law Firm, PLLC
4830A 31st St., S., Suite A
Arlington, Virginia 22206
Telephone:    (202) 449-8527
Facsimile:    (202) 517-9179
E-Mail: jdekker@spigglelaw.com

*Counsel for Plaintiff, Ashley Adams*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2021, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rosalie Pemberton Fessier, Esq.
Mandi Montgomery Smith, Esq.
Brittany E. Shipley, Esq.
Timberlake**Smith**
25 North Central Avenue
P.O. Box 108
Staunton, VA 24402-0108
Telephone:   (540) 885-1517
Facsimile:   (540) 885-4537
E-Mail:   rfessier@timberlakesmith.com
          msmith@timberlakesmith.com
          bshipley@timberlakesmith.com

*Attorneys for Defendant, Rockingham County*

                      /s/*Joanne Dekker*
                      Joanne Dekker, Esq.