# EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to:<br>___ FEPA<br>_X_ EEOC | Agency(ies) Charge No(s):<br>438-2017-00066 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.)<br>Ms. Ashley Adams | Home Phone (Incl. Area Code)<br>(978)-476-1993 | Date of Birth<br>04/25/1992 |
|---|---|---|
| Street Address<br>2332 Breckenridge Ct. | City, State and ZIP Code<br>Harrisonburg, VA 22801 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Rockingham County (VA) | No. Employees, Members<br>50+ | Phone No. (Include Area Code)<br>(540)-564-3000 |
|---|---|---|
| Street Address<br>20 East Gay St. | City, State and ZIP Code<br>Harrisonburg, VA 22802 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE   __ COLOR   _X_ SEX   __ RELIGION   __ NATIONAL ORIGIN<br><br>_X_ RETALIATION   __ AGE   __ DISABILITY   _X_ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>05-01-2017    November 2017<br><br>___ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Sex & Pregnancy Discrimination.

Sexual Harassment (Since December 2014)

Please, see attached document for further details.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>03-12-2018     *[signature: Ashley Adams]*<br>Date           Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) March, 12, 2018 |