UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5:21-cv-00006 |
| v. | ) ) ) | **ORDER** |
| ROCKINGHAM COUNTY, | ) ) ) | By:  Hon. Thomas T. Cullen United States District Judge |
| Defendant. | ) | |

It is hereby **ORDERED** that this case is **REFERRED** to the Honorable United States Magistrate Judge Joel C. Hoppe to conduct mediation proceedings.

Judge Hoppe shall schedule a mediation after consultation with the parties. The parties are advised that any information exchanged during the mediation is confidential and shall not be shared with any other officer of the court. Mediation shall proceed independently of all other pretrial development and shall not modify or stay any scheduling provisions of any pretrial order.

**ENTERED** this 29th day of April, 2021.

  */s/ Thomas T. Cullen*
  HON. THOMAS T. CULLEN
  UNITED STATES DISTRICT JUDGE