UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ASHLEY ADAMS, )<br>)<br>   *Plaintiff* )<br>)<br>v. )<br>)<br>ROCKINGHAM COUNTY, )<br>)<br>   *Defendant* ) | Civil Action No.  5:21-cv-6 |

## CERTIFICATE REGARDING DISCOVERY

Defendant Rockingham County, by counsel, hereby certifies that on June 8, 2021, Defendant's Rule 26(a)(1) Disclosures was sent by first-class mail and email to counsel of record, as listed in the Certificate of Service below.

ROCKINGHAM COUNTY,

By counsel

By:     /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Mandi Montgomery Smith
VSB # 68668
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Rockingham County
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:     540/885-4537
email:   rfessier@timberlakesmith.com

msmith@timberlakesmith.com
bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joanne Dekker, Esquire
Spiggle Law Firm, PLLC - Arlington
4830A 31st St., S., Suite A
Arlington  VA  22206

/s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Mandi Montgomery Smith
VSB # 68668
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Rockingham County
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:      540/885-4537
email:  rfessier@timberlakesmith.com
            msmith@timberlakesmith.com
            bshipley@timberlakesmith.com

w:\lib\tsdocs\29403\0076\00292949.docx