CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 5 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, | ) | |
| Plaintiff, | ) | Civil Action No. 5:21cv6 |
| | ) | |
| v. | ) | By: Michael F. Urbanski |
| | ) | Chief United States District Judge |
| ROCKINGHAM COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case has been referred to United States Magistrate Judge Joel C. Hoppe by standing order or court order.

Because Judge Hoppe is under consideration for reappointment as a Magistrate Judge, he must be recused from cases in which an attorney representing a party in a case is a member of the Merit Selection Panel. Accordingly, this case must be reassigned to United States Magistrate Judge Robert S. Ballou because attorney Rosalie Fessier represents a party in this action.

Therefore, it is ORDERED that the Order of reference to Magistrate Judge Hoppe be and hereby is VACATED, and that this case is hereby instead REFERRED to Magistrate Judge Robert S. Ballou for case management and consideration of all non-dispositive pre-trial motions and issues pursuant to 28 U.S.C. § 636(b)(1).

The Clerk is directed to send certified copies of this Order to all counsel of record and to Magistrate Judges Hoppe and Ballou.

Entered: June 25, 2021

Michael F. Urbanski
Chief Untied States District Judge