IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-cv-00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROCKINGHAM COUNTY, | ) | By:   Hon. Thomas T. Cullen |
| | ) |           United States District Judge |
| Defendant. | ) | |

The parties, by counsel, having notified the court that all matters in controversy have been compromised and settled, it is **ORDERED** that this case is **dismissed with prejudice**.

The clerk is directed to forward a copy of this Order to all parties and counsel of record.

**ENTERED** this 6th day of December, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE